## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Audrey Kennedy,              )<br>                                          )<br>            Plaintiff,              )<br>                                          )<br>vs.                                     )<br>                                          )<br>Michael J. Astrue, Commissioner of the  )<br>Social Security Administration,   )<br>                                          )<br>            Defendant.              ) | No. CV 07-236 TUC JMR (GEE)<br><br>**ORDER** |

This case involves an appeal by Plaintiff from the Commissioner's denial of social security benefits. On March 28, 2008, after a thorough and well documented analysis, Magistrate Judge Edmonds issued a Report and Recommendation ("R&R") to this Court. Neither party filed an objection to the R&R. Magistrate Judge Edmonds recommended that this Court grant Plaintiff's Motion for Summary Judgment (Doc. No. 14), deny Defendant's Cross-Motion for Summary Judgment, and remand for payment of benefits.

When there are no objections to the R&R, the Court will modify or set aside only those portions that are clearly erroneous or contrary to law. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *Conley v. Crabtree*, 14 F.Supp.2d 1203, 1204 (D. Or. 1998). The Court has carefully reviewed the entire record and concludes that the recommendations of Magistrate Judge Edmonds are not clearly erroneous or contrary to law.

Accordingly,

**IT IS ORDERED** that the **REPORT AND RECOMMENDATION** of Magistrate Judge Edmonds (Doc. No. 20) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Summary Judgment (Doc. No. 14) is **GRANTED**.

**IT IS FURTHER ORDERED** that this case be remanded for payment of benefits.

DATED this 21st day of April, 2008.

_____
John M. Roll
Chief United States District Judge

_____
John M. Roll
Chief United States District Judge